PS-8
8/88

# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# NORTHERN DIVISION

U.S.A. vs. Katraius Isaiah Basnight             Docket No. 2:10-CR-40-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW J. Brock Knight, probation officer of the court, presenting an official report upon the conduct of defendant, Katraius Isaiah Basnight, who was placed under pretrial release supervision by the Honorable David W. Daniel, U.S. Magistrate Judge, sitting in the Court at Greenville, NC, on the 1st day of October, 2010, under the following conditions:

- Execute a $100,000 unsecured bond.

- The defendant is placed in the custody of James Basnight.

- Report to the probation office or supervising officer as directed.

- Surrender any passport to the United States Probation Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Not leave grandfather's residence without prior approval of the probation officer.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Katraius Isaiah Basnight
Docket No. 2:10-CR-40-1D
Petition For Action
Page 2

- Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.

- Participate in the following home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the supervising officer.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

The defendant is scheduled to appear before the Honorable James C. Dever III, U.S. District Judge, for arraignment on November 15, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A random urinalysis obtained from the defendant on October 13, 2010, was submitted for laboratory analysis and was confirmed positive for marijuana. When confronted by the probation officer about the results of this urinalysis, the defendant vehemently denied using marijuana. This is in violation of the defendant's condition of release which states that he shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Katraius Isaiah Basnight
Docket No. 2:10-CR-40-1D
Petition For Action
Page 3

**PRAYING THAT THE COURT WILL ORDER** a hearing to determine if the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Dwayne K. Benfield | /s/J. Brock Knight |
| Dwayne K. Benfield | J. Brock Knight |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: (252) 758-7200 |
| | Executed On: October 22, 2010 |

### ORDER OF COURT

The petition for a bond revocation hearing is GRANTED, and the hearing is scheduled for October 28, 2010, at 10:00a.m. in the Courthouse Annex in Greenville, North Carolina. Considered and ordered this 25th day of October, 2010, and ordered filed and made a part of the records in the above case.

David W. Daniel
U.S. Magistrate Judge