IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-00040-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KATRAIUS ISAIAH BASNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Petition for Action on Conditions of Pretrial Release filed by the United States Probation Office [DE-18]. The Court held a hearing on the motion on October 28, 2010, at which it determined that random urinalyses obtained from Defendant on two occasions tested positive for marijuana in violation of Defendant's condition of release which states that he shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance. Accordingly, it is **ORDERED** that Defendant's bond and conditions of release are **REVOKED**.

This the 2nd day of November, 2010.

DAVID W. DANIEL
United States Magistrate Judge